JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. CURTIS, individually and as Personal Representative of the Estate of CHARLES C. CURTIS,<br><br>Plaintiff,<br><br>v.<br><br>ABB, INC., (individually and as successor-in-interest to ITE IMPERIAL CO. f/k/a ITE CIRCUIT BREAKER COMPANY); et al.,<br><br>Defendants. | CV 12-2014 PA (FMOx)<br><br>JUDGMENT |

Pursuant to the Court's July 9, 2013 Minute Order granting the Motions for Summary Judgment filed by defendants Reichhold Industries, Inc., The Okonite Company, Inc., and Rogers Corporation, and the July 15, 2013 Minute Order granting the Motions for Summary Judgment filed by defendants Schneider Electric USA, Inc., Eaton Corporation, and ABB, Inc., and the stipulations for dismissal and the Court's orders of dismissal for each of the other defendants named in this action by plaintiff Christopher C. Curtis, individually and as Personal Representative of the Estate of Charles C. Curtis ("Plaintiff"), there are now no pending claims against any defendant named in this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Reichhold Industries, Inc., The Okonite Company, Inc., Rogers Corporation, Schneider Electric USA, Inc., Eaton Corporation, and ABB, Inc. (collectively the "Summary Judgment Defendants") shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against the Summary Judgment Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against all other defendants named in this action are dismissed in accordance with the terms contained in the stipulations for dismissal and orders of dismissal applicable to each of the other defendants named in the action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing from the Summary Judgment Defendants and that the Summary Judgment Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE