1                                                                          JS-6

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER C. CURTIS,                 CV 12-2014 PA (FMOx)
     individually and as Personal
12   Representative of the Estate of        JUDGMENT
     CHARLES C. CURTIS,
13
            Plaintiff,
14
        v.
15
     ABB, INC., (individually and as
16   successor-in-interest to ITE IMPERIAL
     CO. f/k/a ITE CIRCUIT BREAKER
17   COMPANY); et al.,
18          Defendants.
19

20          Pursuant to the Court's February 8, 2016 Minute Order granting summary judgment

21   to defendants ABB, Inc., Eaton Corporation, and Schneider Electric USA, Inc. (collectively

22   "Defendants"), which fully disposes of the claims in this action brought by plaintiff

23   Christopher C. Curtis, individually and as Personal Representative of the Estate of Charles

24   C. Curtis ("Plaintiff"),

25          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall

26   have judgment in their favor against Plaintiff.

27          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims

28   against Defendants are dismissed with prejudice.

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2    nothing from Defendants and that Defendants shall have their costs of suit.

3        IT IS SO ORDERED.

4

5    DATED: February 8, 2016

6                                                Percy Anderson
                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-